UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr154

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOSE MONTES (1) ) | |
| SANTOS TORRES RODRIGUEZ (2) ) | |

**THIS MATTER** is before the Court upon the Government's Motion to dismiss the Indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 18).

**IT IS ORDERED** that the Government's motion is **GRANTED** and the Indictment against Jose Montes and Santos Torres Rodriguez is dismissed without prejudice.

Signed: July 18, 2011

Robert J. Conrad, Jr.
Chief United States District Judge